## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Erick T. Smith, et al.

                              Plaintiff,

v.                                                     Case No.: 1:14–cv–04359
                                                        Honorable Sharon Johnson Coleman

Michael R. Alaniz, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 28, 2019:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 8/28/2019. The parties have reported that they have settled in principle. The trial set for 9/23/2019 stands until a stipulation for dismissal without prejudice or a consent to proceed with Magistrate Judge Gilbert is filed. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.