IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERICK T. SMITH, et al, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No.: 14-cv-4359 |
| v. | ) |
| | ) MAGISTRATE JUDGE Jeffrey T. Gilbert |
| MICHAEL ALANIZ, et al, | ) |
| | ) |
| Defendants. | ) |

**FINAL AGREED ORDER OF DISMISSAL**

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, **ERICK T. SMITH**; Plaintiffs **WIVIONIA HAYWOOD JONES AND MICHAEL K. DESMOND, CHAPTER 7 TRUSTEE, BANKRUPTCY ESTATE OF ERICK T. SMITH,** by their attorney, **IRENE K. DYMKAR**; Defendant City of Chicago, by its attorney, Mark A. Flessner, Corporation Counsel of the City of Chicago; and Defendants **MICHAEL ALANIZ AND RODRIGO CORONA**, by their attorney, **JENNIFER K. BAGBY, CHIEF ASSISTANT CORPORATION**, and the Chicago City Council having enacted an ordinance authorizing the settlement and payment of the settlement funds agreed upon, the Court being otherwise fully advised in the premises, orders as follows:

All of the claims of Plaintiff, **ERICK T. SMITH AND WIVIONIA HAYWOOD JONES**, against defendants, City of Chicago and **MICHAEL ALANIZ AND RODRIGO CORONA**, are dismissed without prejudice, to automatically convert to a dismissal with prejudice forty-five (45) days after payment of the award and costs and attorneys' fees included in the agreement.

ENTER: _____
The Honorable JUDGE JEFFREY T. GILBERT
DATED: 10/22/19

JENNIFER K. BAGBY,
CHIEF ASSISTANT CORPORATION COUNSEL
30 N. LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 742-6408
Attorney No.6271898